IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:13-CR-272-F-1

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| **Derick Montique Harper** ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Dever III, Chief U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:13-CR-272-D-1**

SO ORDERED. This the 24th day of March 2014.

*/s/ Julie A. Richards*
Clerk of Court