UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-272-D-001

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER ON DEFENDANT'S |
| v. ) | MOTION FOR NCDOC RECORDS |
| ) | |
| DERICK MONTIQUE HARPER, ) | |
| Defendant. ) | |

COMES NOW this matter upon Defendant's motion requesting the Court ORDER NCDOC to turn over to the parties the inmate jacket of Mr. Harper, defendant herein. The parties need this information to finalize the mental health evaluation report and related to sentencing mitigation preparation.

FOR GOOD CAUSE SHOWN the Court hereby ORDERS NCDOC to allow the Office of United States Probation a copy of the entire inmate jacket on defendant. The Court further ORDERS the probation officer to provide access to all parties, to wit: Ms. Newton, counsel for Defendant, and AUSA Ethan Ontjes.

IT IS SO ORDERED. This **24** day of November, 2014.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE